No. 97–8839. BOOHER v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 97–8872. HAUCK v. MILLS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 97–8875. MOSSERI v. UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK (two judgments). C. A. 2d Cir. Certiorari denied.

No. 97–8890. HARRIS v. HIGGINS, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 97–8900. TROXELL v. KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 97–8933. CRAW v. HORN, COMMISSIONER, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–8948. STEWART v. MONROE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 97–8961. BRADLEY v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 97–8975. CASTAPHNEY, AKA CASTAPHENY v. WHITE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT PITTSBURGH, ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–9006. CAMPBELL v. UNITED STATES POSTAL SERVICE. C. A. Fed. Cir. Certiorari denied.

No. 97–9048. HERNANDEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–9050. LANGLEY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–9057. BRANCH v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–9058. GIANETTA, AKA GARCIA v. UNITED STATES. C. A. 10th Cir. Certiorari denied.